IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Boston Division

PHILIP ANGELINI JR.            )
                               )
vs.                            )
                               )   NO. 05-11282-PBS
SPRINGFIELD TERMINAL           )
RAILWAY COMPANY                )
                               )

### NOTICE OF VOLUNTARY DISMISSAL

**TO THE CLERK:**

Pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, the Plaintiff, Philip Angelini Jr., by and through his attorneys, HANNON & JOYCE, hereby voluntarily dismiss the above action, without prejudice, this 11th day of August, 2005.

HANNON & JOYCE

BY: _____
GREGORY JOHN HANNON
Attorney for Plaintiff
The Public Ledger Bldg. - Ste. 1000
150 S. Independence Mall West
Philadelphia, PA 19106